**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NOE CECILIO MARTINEZ RAMIREZ,**<br>**Petitioner,**<br>**v.**<br>**TODD BLANCHE, et al.,**<br>**Respondents.** | **Civil Action No. 26-8605 (RK)**<br><br>**ORDER** |

This matter comes before the Court on a counseled Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which Petitioner challenges the lawfulness of his continued immigration detention, alleging that Respondents have unlawfully subjected him to mandatory detention under 8 U.S.C. § 1225(b) without an individualized custody determination, in violation of the Immigration and Nationality Act and the Due Process Clause. (ECF No. 1.) Petitioner also alleges that he has Type II diabetes and has not received his prescribed medication while in custody. (*Id.* ¶ 16.) He seeks immediate release or, alternatively, and individualized bond hearing. (*Id.* at 5.) Having examined the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), the Court finds that dismissal prior to the answer is not warranted and sets an expedited briefing schedule.

**IT IS**, on this 14th day of July 2026;

**ORDERED** that the Clerk's Office shall forward a copy of the petition (ECF No. 1) and this Order, to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within three days (3) days of the date of the entry of this Order,

Respondents shall file and serve a response which responds to the allegations and grounds in the habeas petition, and which includes all affirmative defenses Respondents seek to invoke; in the meantime, Respondents shall provide Petitioner with his medications as prescribed; and it is further

**ORDERED** that within two (2) days of receipt of the response, Petitioner may file a reply to the answer; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by U.S. Mail.

ROBERT KIRSCH
United States District Judge