

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Andrew Keenan*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Andrew.Keenan@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2725*

July 31, 2026

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   *Martinez Ramirez v. Blanche, et al.*, No. 26-8605
> Petitioner's Bond Hearing

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 22, 2026 Order, ECF No. 8, to report that an Immigration Judge held a bond hearing for Petitioner on July 28, 2026. The Immigration Judge granted Petitioner's request for bond. *See* Ex. A. We therefore respectfully request that the Court close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/Andrew Keenan*
ANDREW KEENAN
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via ECF)

SO ORDERED.

Robert Kirsch, U.S.D.J.
DATE: _____ *August 10, 2026*